**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Case No. 21-44120-399 |
| **Robert Martin Quinn, Jr., and** ) | |
| **Tina Kaye Quinn** ) | |
| ) | Chapter 13 |
| Debtors. ) | |

**MOTION TO SELL REAL PROPERTY SUBJECT TO LIENS**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW, Robert Martin Quinn, Jr. and Tina Kaye Quinn, files this Motion to Sell Real Property Subject to Liens (the "Motion"), and, in support thereof, would show the Court the following.

1. The Debtors filed their case on November 10, 2021 and the case was confirmed on February 10, 2022

2. In their Schedule A/B they list a pre-petition interest in real property ("Property") at 1309 Cypress Trail Lane, Fenton, MO 63026 with a fair market value of $160,000.00.

3. Presently there is an offer for the purchase of the Property at $166,000.00 from a third-party buyer. The contract terms in the possession of counsel undersigned at filing are attached to this Motion as **Exhibit A** and incorporated herein by reference.

4. After payment of the mortgage lien, and the real estate commission and closing costs, Debtor expects to obtain funds. Once this amount is determined, Debtors may wish to

    request to retain some of the sale proceeds to assist in the costs of the move and to obtain a new residence.

5. Debtors believe this is a fair and reasonable price for the real estate in the current market.

6. Debtors understand and agree that all parties holding liens on the property, to include the mortgage and MSD, must be paid in full from the sale proceeds. Debtor agrees to this condition and will place the necessary language requiring this condition in the order should the judge grant this Motion.

7. Debtors have asked for closing to happen within 60 days of the signed contract, dated July 14, 2022.

8. The sale of the real estate is not a detriment to any creditors as this purchase price will pay off all known liens. Specifically, it is estimated that the mortgage owed to U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust which has been estimated at $151,962.95 as of July 11, 2022, can be paid in full.

9. Based upon the known liens at this time, Debtors believe the current sale price will pay all liens in full and will include in their order the language necessary to insure this occurs.

    WHEREFORE, the Debtor requests that the Court grant this Motion, enter an order that Debtors be allowed to sell their Real Property Subject to Liens, and for any other such relief to which the Debtors may be entitled under these circumstances.

Date: August 3, 2022                                              Respectfully Submitted,

                                                                /s/ Michael J. Watton
                                                                Michael J. Watton, Esq. MO Bar #64316
                                                                Watton Law Group
                                                                301 West Wisconsin Avenue, 5th Floor
                                                                Milwaukee, WI  53203
                                                                Phone: 314-735-1966
                                                                Fax: 314-769-9061
                                                                wlgstl@wattongroup.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 3, 2022 with the United States Bankrutcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on August 3, 2022.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0865-4<br>Case 21-44120<br>Eastern District of Missouri<br>St. Louis<br>Wed Aug  3 16:30:37 CDT 2022 | Capital One Auto Finance<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102-1125 | 1314 CYPRESS TRAIL, LLC<br>c/o Jeffrey T. Weisman<br>904 S. 4th St., Suite 302<br>Saint Louis, MO 63102-1610 | American Home Patient<br>PO Box 105750<br>Atlanta, GA 30348-5750 |
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Beacon Search & Recovery Systems<br>11939 Manchester Road #243<br>St Louis MO 63131-4502 | Brian McGrath<br>662 North Low View Dr<br>Fenton, MO 63026-6217 |
| CB Indigo<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Auto<br>Credit Bureau Disputes<br>Plano, TX 75025 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA NA<br>c/o Christopher K. Raghebi<br>12360 Old Tesson Rd., Suite 201<br>Saint Louis, MO 63128-2263 |
| Capital One Bank USA NA<br>c/o David Joseph Page<br>707 North 2nd St., Suite 306<br>Saint Louis, MO 63102-2535 | (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | City & Village<br>#3 Hollenberg Ct<br>Bridgeton, MO 63044-2454 |
| Corporation Service Company<br>Re: NAME<br>15 West South Temple Suite 600<br>Salt Lake City, UT 84101-1536 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | DMD Solutions, LLC<br>PO Box 1155<br>Linn, MO 65051-1155 |
| Directors of San Luis Trails<br>3 Hollenberg Ct<br>Bridgeton, MO 63044-2454 | First Premier<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | Genesis FS Card Services<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| Homestead Crossing<br>PO Box 267<br>Willow Springs, MO 65793-0267 | Hopkins Management Group<br>235 Westgage Drive<br>PO Box 1115<br>Union City, TN 38281-1115 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Josh Johnson, Presidetn/CEO<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| (p)LINCARE INC<br>Attn: Legal Department/Stephanie Espada<br>19387 US Highway19 North<br>Clearwater, FL 33764 | MBA Law<br>3400 Texoma Parkway<br>Suite 100<br>Sherman, TX 75090-1916 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Mariner Finance<br>8211 Town Center Dr<br>Baltimore, MD 21236-5904 | Mariner Finance, LLC<br>8211 Town Center Dr<br>Nottingham, MD 21236-5904 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| Metropolitan St. Louis Sewer<br>c/o Kramer & Frank PC<br>11960 Westline Ind. Dr., Suite 180<br>Saint Louis, MO 63146-3212 | Missouri Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Missouri Department of Revenue<br>Taxation Division<br>P.O. Box 385<br>Jefferson City, MO 65105-0385 |
| Missouri Department of Revenue<br>Taxation Division<br>P.O. Box 475<br>Jefferson City, MO 65105-0385 | NC Financial<br>175 West Jackson Boulevard<br>Suite 1000<br>Chicago, IL 60604-2863 | Naomi McGrath<br>662 North Low View Dr<br>Fenton, MO 63026-6217 |
| NetCredit<br>175 West Jackson Boulevard, Suite 1000<br>Chicago, IL 60604-2863 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 |
| Onemain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Public Water Supply Dist. 1<br>Texas County<br>P.O. Box 646<br>Arnold, MO 63010-0646 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Receivable Solutions, Inc.<br>PO Box 21608<br>Columbia, SC 29221-1608 | Regional Acceptance Corp<br>1424 E Fire Tower Rd<br>Greenville, NC 27858-4105 |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA 92619-2708 | Rushmore Loan Management Services<br>PO Box 55004<br>Irvine, CA 92619-5004 |
| Scheer, Green, & Burke, Co LPA<br>1 Seagate, Suite 640<br>Toledo, OH 43604-4501 | (p)ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 | St. Lukes Hospital<br>PO Box 505463<br>Saint Louis, MO 63150-5463 |

```
TBOM/Milestone                         U.S. Bank National Association         (p)U  S  ATTORNEY'S OFFICE
PO Box 4499                            c/o Rushmore Loan Management Services  111 SOUTH TENTH STREET ROOM 20 333
Beaverton, OR 97076-4499               P.O. Box 55004                         ST LOUIS MO 63102-1125
                                       Irvine, CA 92619-5004


WebBank Avant                          Webbank/Fingerhut                      Diana S. Daugherty
222 North LaSalle Street               13300 Pioneer Trail                    Chapter 13 Trustee
Suite 1600                             Eden Prairie, MN 55347-4120            P. O. Box 430908
Chicago, IL 60601-1112                                                        St. Louis, MO 63143-0908


Michael J. Watton                      Robert Martin Quinn Jr.                Tina Kaye Quinn
Watton Law Group                       1309 Cypress Trail Lane                1309 Cypress Trail Lane
301 West Wisconsin Avenue              Fenton, MO 63026-3607                  Fenton, MO 63026-3607
5th Floor
Milwaukee, WI 53203-2230
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Celtic/Cont                            Illinois Department of Revenue         Lincare
4550 New Linden Hill Road              Bankruptcy Section                     P.O. Box 105760
Wilmington, DE 19808                   P.O. Box 64338                         Atlanta, GA 30348
                                       Chicago, IL 60664-0338


Portfolio Recovery Associates          St. Louis County Collector of Revenue  (d)Surge
120 Corporate Blvd, Ste 100            Collector of Revenue                   PO Box 6812
Norfolk, VA 23502                      41 South Central Avenue                Carol Stream, IL 60197
                                       Saint Louis, MO 63105


United States Attorney
111 South 10th Street
20th Floor
Saint Louis, MO 63102
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank Trust National Association   (u)US Bank NA                       (u)US Bank Trust NA




(d)Homestead Crossing Inc.             (d)PRA Receivables Management, LLC     End of Label Matrix
PO Box 267                             PO Box 41021                           Mailable recipients    68
Willow Springs, MO 65793-0267          Norfolk, VA 23541-1021                 Bypassed recipients     5
                                                                              Total                  73
```

<u>/s/ Jessica Renzaglia, Paralegal for</u>
Michael J. Watton, Esq. # 64316
Watton Law Group
301 W. Wisconsin Ave., 5th Floor
Milwaukee, WI  53203
Tel: 314-735-4966
Fax: 314-769-9061
wlgstl@wattongroup.com
MO State Bar# 64316
