| American Land Title Association | CCDALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| **File No./Escrow No.:** 5063 | Freedom Title |
| **Print Date & Time:** 09/09/22 12:52 PM | **ALTA Universal ID:** |
| **Officer/Escrow Officer:** | 16090 Swingley Ridge Road, Ste 120 |
| **Settlement Location:** | Chesterfield, MO  63017 |
| Legacy Title Services, LLC dba Freedom Title | |
| 16090 Swingley Ridge Rd., Ste 120 | |
| Chesterfield, MO 63017 | |

| | |
|---|---|
| **Property Address:** | 1309 Cypress Trail Ln. Fenton,  MO 63026 |
| | 1309 Cypress Trail Ln. |
| | Fenton, MO  63026 |
| **Borrower:** | HMAA Management LLC |
| | 1309 Cypress Trail Ln. |
| | Fenton, MO  63026 |
| **Seller:** | Robert M. Quinn Jr. and Tina Kaye Quinn |
| | 1309 Cypress Trail Ln. |
| | Fenton, MO  63026 |
| **Lender:** | Meramec Valley Bank, 199 Clarkson Rd, Ellisville, MO, 63011-2243 |
| **Loan Number:** | 2305 |
| **Settlement Date:** | 09/15/2022 |
| **Disbursement Date:** | 09/15/2022 |
| **Additional dates per state requirements:** | |

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price of Property | | $166,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| Subdivision Assessment from 09/16/2022 thru 12/31/2022 | | $36.46 |
| County Property Taxes from 01/01/2022 thru 09/15/2022 | $2,221.89 | |
| Payoff 14SL-AC27549 to Real Time Resolutions, Inc. | $14,701.35 | |
| | | |
| **Payoff(s)** | | |
| Lender:     Payoff of First Mortgage Loan to Rushmore Loan Management Services LLC | $154,325.69 | |
|             Total ($154,325.69) | | |
| | | |
| **Miscellaneous** | | |
| HOA Fees Due to City and Village | $1,350.14 | |
| Sewer to MSD | $1,695.38 | |
| Trustee Letter to City and Village | $30.00 | |

|  | Seller | |
|---|---|---|
|  | **Debit** | **Credit** |
| **Subtotals** | $174,324.45 | $166,036.46 |
| Due **From** Seller |  | **$8,287.99** |
| **Totals** | $174,324.45 | $174,324.45 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Freedom Title to cause the funds to be disbursed in accordance with this statement.

Title insurance premium and closing protection fee have been calculated according to rates filed with the Missouri Department of Commerce and Insurance. However, title services charges, closing charges, and other fees are not limited by state law. For further general information regarding title insurance, you may visit the Missouri Insurance website at www.insurance.mo.gov, or call the Missouri Department of Commerce and Insurance at (800) 726-7390.

_____     _____
Robert M. Quinn Jr.                     Date

_____     _____
Tina Kaye Quinn                         Date

_____     _____
Escrow Officer                                                             Date